IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:02-CR-201-1H

UNITED STATES OF AMERICA,                )
                                         )
                                         )
                                         )
     v.                                  )
                                         )        **ORDER**
                                         )
RICCARDO MERCELLUS DAVEY,                )
                                         )
     Defendant.                          )

This matter is before the court on defendant's motion to discharge the money judgment entered against him. For insufficient cause shown, the motion [DE #73] is DENIED.

This 30th day of October 2013.

                                         Malcolm J. Howard
                                         Senior United States District Judge

At Greenville, NC
#26